### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **EDWARD JOSEPH ADLER, III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIV. ACT. NO. 1:19-cv-79-TFM-N** |
| | ) | |
| **BP EXPLORATION &** | ) | |
| **PRODUCTION, INC.,** *et al*. | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order (Doc. 31) entered on September 1, 2020, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is entered in favor of Defendants. This action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58. This case is hereby closed.

**DONE** and **ORDERED** this 1st day of September 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE